| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No.  3:10-CR-67 RM |
| | ) | |
| CURTIS JONES | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on July 14, 2010 [Doc. No. 7]. Accordingly, the court now ADOPTS those findings and recommendation, ACCEPTS defendant Curtis Jones' plea of guilty, and FINDS the defendant guilty of Count 1 of the Information, in violation of 21 U.S.C. § 856(a)(1).

SO ORDERED.

ENTERED:   August 9, 2010

     /s/ Robert L. Miller, Jr.
Judge
United States District Court